**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| St. John, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | **Civil Action No. 23-cv-02333** |
| | ) | |
| The Islamic Republic of Iran, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## <u>PLAINTIFFS' NOTICE OF FAILED SERVICE</u>

NOW COME Plaintiffs, by and through counsel, to notify this Honorable Court that efforts to serve the Islamic Republic of Iran ("Iran"), the Islamic Revolutionary Guard Corp ("IRGC"), and the Iranian Ministry of Intelligence and Security ("MOIS," collectively the "Iranian Defendants"), have failed pursuant to 28 U.S.C. § 1608(a)(3).

On October 10, 2023, the Clerk filed a Certificate of Service dispatching service on the Iranian Defendants by FedEx via air waybill requiring signed receipt upon delivery.  See ECF 20.

Having made a diligent and thorough effort to effectuate service upon the Iranian defendants pursuant to 28 U.S.C.§ 1608(a)(3), more than 30 days have passed as required under the statute.  Therefore, the Plaintiffs now intend to proceed to initiate service of process on the Iranian Defendants under 28 U.S.C. § 1608(a)(4) and shall file the appropriate materials with the Clerk requesting assistance as required.

Dated:    November 15, 2023                    Respectfully submitted,

/s/ Gavriel Mairone
MM~LAW LLC
Esq. Bar No. 156461
Adora Sauer, Esq. *pro hac vice*
Illinois Bar No. 6256703
980 North Michigan Avenue, Suite 1400
Chicago, IL 60611
Tel: (312) 253-7444
Fax: (312) 275-8590
ctlaw@mm-law.com;
adora@mm-law.com

*Counsel for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 15, 2023, a true and correct copy of the foregoing Plaintiffs' Notice of Failed Service was filed electronically with the Clerk of Court using the CM/ECF system which will send a notification of such filing on all counsel of record.

/s/ Gavriel Mairone__
MM~LAW, LLC
Gavriel Mairone, Esq.
Bar No. 156461
Adora Sauer, Esq. (*pro hac vice*)
Illinois Bar No. 6256703
980 North Michigan Avenue, Suite 1400
Chicago, IL 60611
Tel: (312) 253-7444
Fax: (312) 275-8590
ctlaw@mm-law.com;
adora@mm-law.com