UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Kevin Bryan St. John, et al.,** )<br>)<br>**Plaintiffs,** )<br>)<br>v. )<br>)<br>**The Islamic Republic of Iran, et al.,** )<br>)<br>**Defendants.** ) | Civil Action No. 23-cv-2333 |

**PLAINTIFFS' STATUS REPORT**

Plaintiffs submit this Status Report pursuant to the Court's Minute Order of February 21, 2024, directing Plaintiffs to provide a report on the status of their efforts to serve Defendants by February 28, 2024, and every 90 days thereafter, until service is effectuated.

1. On September 13, 2023, Plaintiffs filed an Affidavit requesting the clerk initiate service of Plaintiffs' First Amended Complaint upon the Defendants, The Islamic Republic of Iran, the Islamic Revolutionary Guard Corps, and the Iranian Ministry of Intelligence & Security (collectively referred to as "Defendants") by FedEx pursuant to 28 U.S.C. § 1608(a)(3). *See* ECF No. 13

2. On October 10, 2023, the Plaintiffs requested the Clerk of the Court to dispatch for mailing one copy of the Summons, Amended Complaint, and Notice of Suit, together with a translation of each into the official language of the foreign state by FedEx, to the head of the ministry of foreign affairs, pursuant to 28 U.S.C. 1608(a)(3). *See* ECF No. 19.

3. On October 10, 2023, the Clerk of the Court certified dispatching to Iranian Defendants by FedEx one copy of the Summons and Amended Complaint, together with together

a translation of each into the official language of the foreign state pursuant to 28 U.S.C. 1608(a)(3). *See* ECF No. 20.

    4.    On November 15, 2023, Plaintiffs filed a Notice of Failed Service Upon all Defendants with Clerk of the Court pursuant to 28 U.S.C.§ 1608(a)(3). *See* ECF No. 21.

    5.    On November 15, 2023, Plaintiffs filed an Affidavit Requesting Foreign Mailing by the clerk to dispatch for mailing two copies of the Amended Complaint, Notice of Related Case, Summonses, Amended Notice of Suit together with a translation of each into the official language of the foreign state by FedEx, Return Receipt Requested, to the U.S. Department of State, Director of Overseas Citizens Services, pursuant to 28 U.S.C. 1608(a)(4). *See* ECF No. 22.

    6.    On November 21, 2023, Request from Plaintiffs was filed for the Clerk to dispatch for mailing two copies of the Amended Complaint, Notice of Related Case, Summonses, Amended Notice of Suit together with a translation of each into the official language of the foreign state by FedEx, Return Receipt Requested, to the U.S. Department of State, Director of Overseas Citizens Services, pursuant to 28 U.S.C. 1608(a)(4). *See* ECF No. 23.

    7.    On November 21, 2023, the Clerk certified dispatching two copies of the summons, Complaint, and Notice of Suit together with a translation of each into the official language of the foreign state by FedEx, Return Receipt Requested, to the U.S. Department of State, Director of Overseas Citizens Services, pursuant to 28 U.S.C. 1608(a)(4). *See* ECF No. 24.

    8.    On November 22, 2023, Plaintiffs received Return Receipt confirmation of delivery of all documents to the Department of State.

    9.    On February 15, 2024, Plaintiffs inquired as to the status of service with the Department of State attorney, Jared Hess, assigned to facilitate this matter. Plaintiffs received electronic confirmation by Mr. Hess that the matter is being processed for service.

10. On February 21, 2024, Plaintiffs followed up with Mr. Hess again to see if there has been any further status update, but no new response has been received as of the date of filing of this Status Report.

11. On April 22, 2024, Plaintiffs inquired with Mr. Hess regarding the status of service upon and Defendants. Mr. Hess informed Plaintiffs that service of process was progressing pursuant to State Department procedure via the Swiss Embassy.

12. On May 16, 2024, Plaintiffs again inquired with Mr. Hess to obtain an update on the status of service upon the Defendants. Mr. Hess informed Plaintiffs that the service of process documents are en route to Tehran, Iran, for service upon Defendants.

13. Plaintiffs will continue to make diligent efforts to determine the status of delivery of the packages to Defendants by the State Department.

14. Plaintiffs will file Status Reports apprising the Court of their foreign service efforts every 90 days hereafter until either service has been perfected or the Court directs otherwise.

Dated:   May 21, 2024                    Respectfully submitted,

/s/   Gavriel Mairone
MM~LAW, LLC
Gavriel Mairone, Esq.
Bar No. 156461
Adora Sauer, Esq. (*pro hac vice*)
Illinois Bar No. 6256703
980 North Michigan Avenue, Suite 1400
Chicago, IL 60611
Tel: (312) 253-7444
Fax: (312) 275-8590
ctlaw@mm-law.com;
adora@mm-law.com

*Counsel for Plaintiffs*